IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN NORRIS COULBY III<br><br>*Defendant*. | Case No. 1:26-MJ-394<br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jacqueline Scott, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging JOHN NORRIS COULBY III ("COULBY") with the possession of child pornography involving prepubescent minors, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). Specifically, on or about October 1, 2026, while located in the Eastern District of Virginia, COULBY knowingly possessed a cell phone that contained images of child pornography that had been transported using a means or facility of interstate or foreign commerce (specifically, the internet) or in or affecting interstate or foreign commerce.

2. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

## AFFIANT BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2022. I am a graduate of the FBI Academy in Quantico, Virginia, where I received extensive training in federal law and various investigative methods, and I hold a Bachelor of Arts and Doctor of Jurisprudence and am licensed as an attorney in Pennsylvania. I am currently assigned to the FBI Washington Field Office's Child Exploitation and Human Trafficking Task Force where I investigate crimes involving the sexual exploitation of children, including but not limited to the illegal possession, receipt, distribution, advertisement, and production of material depicting the sexual exploitation of minors. As a Special Agent with the FBI, I received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, and the application for and execution of search and arrest warrants.

4. I have conducted and assisted in federal child exploitation investigations and participated in the execution of numerous search warrants in support of child exploitation investigations. I have gained experience in these investigations through training, discussions with other law enforcement officers and computer forensic examiners, and everyday work conducting these types of investigations. I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM") in many forms of media, including computer media.

5. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, as well as other statutes in Chapters 109A, 110, and 117, and I am authorized by law to request and execute search warrants issued under the authority of the United States.

6. I am familiar with the facts and circumstances of this investigation from: (a) my personal knowledge of the investigation; (b) observations of other law enforcement officers; (c) information provided to me by other law enforcement officials; and (d) information otherwise obtained by credible and reliable sources. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Unless otherwise specified, all dates set forth below are "on or about" the dates indicated, and all amounts or sums are approximate. Additionally, unless otherwise noted, whenever in this affidavit I assert that a statement was made by an individual, that statement is described in substance, and in part, and is not intended to be a verbatim recitation. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

8. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (possession of child pornography involving prepubescent minors) have been committed by COULBY.

## PROBABLE CAUSE

*CyberTip from NCMEC*

9. On December 31, 2023, the National Center for Missing and Exploited Children (NCMEC) generated a CyberTip[1] based on a submission from Google. According to the

[1] The CyberTipline was developed by NCMEC to help in the detection of child sexual exploitation on the Internet. "NCMEC's CyberTipline is the nation's centralized reporting system for the online exploitation of children. The public and electronic service providers can make reports of suspected online enticement of children for sexual acts, child sexual molestation, child sexual abuse material, child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, and misleading

information contained in the CyberTip, on December 29, 2023, seven files containing CSAM were uploaded to Google account jaycoulby@gmail.com (the "TARGET ACCOUNT"). The seven files had all been uploaded from the same IP address, 2600:1003:a011:60dc:7878:4523:729b:3651 (the "UPLOAD IP ADDRESS"), between 9:11:52 p.m. EST and 9:11:55 p.m. EST.[2]

10. The CyberTip indicated that the UPLOAD IP ADDRESS was hosted by Verizon Wireless, and a subsequent query of the UPLOAD IP ADDRESS in spur.us, an open-source tool, indicated that the IP address was a mobile address hosted by Verizon Business. Law enforcement queries to Verizon regarding the subscriber of this IP address were not successful.

11. NCMEC initially referred the CyberTip to the Anne Arundel County Police Department in Maryland because the UPLOAD IP ADDRESS from which the files were uploaded was geolocated to Annapolis Junction, MD. Because the UPLOAD IP ADDRESS was a mobile IP address, it corresponded to a cell phone that was likely located around Annapolis Junction at the time of the upload.

12. On January 23, 2024, the Honorable Elizabeth S. Morris of the Circuit Court for Anne Arundel County authorized the search of the digital files contained in the CyberTipline Reports, which NCMEC forwarded to the Anne Arundel County Police Department, Internet Crimes Against Children's Task Force, which then obtained and reviewed those images.

13. On or about May 28, 2025, I reviewed the seven files provided by Google to NCMEC and concluded they contain images of adult males performing sexual acts on

words or digital images on the internet." NCMEC staff review each tip and, as appropriate, make it available to law enforcement for investigation. https://perma.cc/3EZG-H52N.

[2] The NCMEC CyberTip contained UTC timestamps. Therefore, the CyberTip reported the seven files had been uploaded between 2:11:54 UTC and 2:11:55 UTC on December 30, 2023. Worldtimebuddy.com was used to convert UTC to EST for ease of reference in this affidavit.

prepubescent females. My conclusion that the females are prepubescent is based on my training and experience and the fact that they exhibit little-to-no breast and hip development, little-to-no pubic hair, and the size of the minor female relative to the adult male/adult male penis in the images.

14. Each of the seven files is a photo montage. A text bubble containing the text "Download Private Vids" appears at the top left of each montage. The words "Download Private Vids" are followed by a URL.[3] The same URL appears on each montage. The montages include the following depictions:

a. File 0e1e103f47edeb4e2ff00bcfa093e327: A prepubescent female's naked vagina is exposed in 15 photographs. In one photograph, her vagina is penetrated by an adult penis. Another photograph shows her vagina covered in ejaculate.

b. File 01abd3215ca73b9e1fbeb71d87c01f80: 17 photographs of two prepubescent females in various states of undress. Six of the photographs display the prepubescent females' naked vaginas. In one photograph, a naked adult penis is placed on the tongue of one of the naked prepubescent females. In another photograph, an adult male penis is in the hand of one of the naked prepubescent females. The final photograph in the montage depicts an adult male penis penetrating the vagina of one of the prepubescent females.

c. File 89b0ca9f6513c755c2b3501e03182342: 15 photographs of a prepubescent female. Her naked vagina is exposed in seven of the photographs. In one photograph, an adult penis has been inserted into her mouth.

[3] The URL is not included in this affidavit as the URL may contain links to download CSAM.

d. File a2e2ad729d64a94869afc2d4ec094904: 14 photographs of a prepubescent female. In three of the photographs, an adult penis has been inserted into her mouth. In four of the photographs, an adult penis has been inserted into her vagina.

e. File a353945ca74f35ef6efbb1f21560e779: 14 photographs of a prepubescent female. The photographs include images of her exposed naked vagina. In two photographs, her vagina is penetrated by an object that appears to be shaped like an adult penis. In one photograph, an adult penis is inserted into her anus.

f. File bb47fe4fa2a8ada8f7e827dcbd7dd45: 16 photographs of one or more prepubescent females. In six of the photographs, the prepubescent females' vaginas are penetrated with an object or an adult penis.

g. File d7cdf5020d4eee5b6bd577f59be5f9e8: 15 photographs of one or more prepubescent females. In nine of the photographs, an adult male is engaged in sexual acts with one or more of the prepubescent females, including oral and vaginal penetration of the females by his penis.

*Information Pertaining to TARGET ACCOUNT and COULBY's Residence*

15. On September 23, 2024, the FBI issued an administrative subpoena to Google requesting the subscriber information associated with the TARGET ACCOUNT. On September 24, 2024, Google responded with various pieces of information, including the following:

| | |
|---|---|
| **Email** | jaycoulby@gmail.com |

| | |
|---|---|
| **Name** | John Coulby |
| **Account creation date** | April 22, 2014 |
| **End of service date** | December 30, 2023 |
| **Recovery email** | jay.coulby@quarles.com |

16. As described above, Google reported that the recovery email address for the TARGET ACCOUNT is jay.coulby@quarles.com. A search of Google for "John Coulby and Quarles" returned an article from Intellectual Property Today dated November 14, 2014. The article reported that Quarles & Brady LLP was announcing that John "Jay" Coulby III had joined the law firm's Washington, D.C., office. Based on the information provided by Verizon and the results of the Google search, COULBY is associated with both the recovery email and recovery SMS for the TARGET ACCOUNT.

17. The Google search also identified a LinkedIn profile for "Jay Coulby, Partner at Quarles & Brady LLP." The profile includes a photograph of a male in a suit. The person in the photograph appears to be the same person pictured on the Virginia driver's license for COULBY.

18. Google also provided a telephone number associated with the jaycoulby@gmail.com email account. On September 26, 2024, the FBI issued an administrative subpoena to Verizon requesting subscriber information for the account associated with that telephone number. On October 18, 2024, Verizon provided the following responsive information:

| | |
|---|---|
| **Name** | John N. Coulby |
| **Address** | 1502 Cameron Street, Alexandria, VA 22314 |

19. On September 26, 2024, the FBI issued an administrative subpoena to Verizon requesting subscriber information for the IP address from which the TARGET ACCOUNT last logged out on December 30, 2023. On October 19, 2024, Verizon reported that the IP address was assigned to John N. Coulby's account.

20. On May 28, 2025, an online query through the City of Alexandria's Office of Real Estate Assessments[4] for 1502 Cameron Street, Alexandria, VA, listed JOHN N COULBY III as one of the owners. Sale information related to the property indicated it was purchased by JOHN N COULBY III in 2003. A query on August 11, 2026, revealed the same information.

*Execution of Residential Search Warrant on October 1, 2026*

21. On September 29, 2026, the Honorable William B. Porter, U.S. Magistrate Judge, Eastern District of Virginia, issued search warrant 1:26-SW-757 for the premises of 1502 Cameron Street, Alexandria, VA, COULBY's residence. The warrant sought records and information pertaining to violations of 18 U.S.C. §§ 2252 and 2252A, particularly electronic devices.

22. At approximately 6:00 AM on October 1, 2026, the FBI executed the warrant. COULBY was present at the residence along with members of his family. A search of the residence was initiated, including on-scene preview of electronic devices. During preview of COULBY's cellular telephone, an iPhone, members of the FBI identified thousands of images within the "recently deleted" folder that appeared to depict child erotica and/or CSAM of prepubescent female children. Some of these images depicted the exposed genitalia of prepubescent female children.

*Interview of COULBY on October 1, 2026*

23. While the search of the residence was ongoing, I interviewed COULBY along with another FBI agent. COULBY was advised that he was not under arrest and that his participation in the interview was voluntary. COULBY confirmed that he used to have the email address

---

[4] The website is realestate.alexandria.gov.

jaycoulby@gmail.com. COULBY shared that he went to a website[5] and forwarded some of the images to himself, which is consistent with what Google had reported in the CyberTip. COULBY understood these images to be child pornography. After he forwarded the images, he received a notification that his email address was shut down. He said that this was over a year ago and it scared him when it happened. COULBY denied having any other child pornography on his electronic devices. COULBY described this incident as a "one shot deal."

24. The interviewers reapproached COULBY after learning about the child erotica and/or CSAM found in the "recently deleted" folder of COULBY's iPhone and advised COULBY of these findings. COULBY claimed that he had obtained these images through "regular websites" and that, from what he could remember, they included naturalism and nudist camp content but that there was no interaction between the people in the images. COULBY clarified that he had obtained the images from the same website discussed previously.

25. Pursuant to the warrant, the FBI seized COULBY's iPhone and laptop. The residence was turned back to COULBY and the other occupants mid-morning on October 1, 2026.

*COULBY's Suicide Attempt on/about October 3, 2026*

26. On the morning of October 3, 2026, the Alexandria Police Department (APD) responded to a suicide in progress at a hotel in Alexandria. COULBY's wife called APD after COULBY told her he had ingested prescription medication and alcohol to attempt suicide. Upon APD's response to the room, COULBY was alert and conscious but unable to speak clearly. COULBY was transported by emergency medical services to the hospital for further treatment.

---

[5] The web address is known to investigators but omitted here to avoid further dissemination of the site and its content. However, it appears from URL that the website that COULBY obtained the images from is a Russian website.

27. In the room, members of APD located prescription bottles of Hydrocodone-Acetaminophen, Doxepin, and Propranolol and a half-empty liter of vodka. Also located was a suicide letter, which stated—in sum and substance—how sorry COULBY was for his mistakes and errors in judgment. The note also stated that COULBY's conduct did not extend beyond "the images" but noted "I realize that real people were exploited in the images."

*Findings From Initial Review of COULBY's Cellular Telephone*

28. After seizing COULBY's iPhone, the FBI forensically imaged and processed the phone. As of October 5, 2026, review of the device is still ongoing, but an initial review has identified numerous media files depicting child erotica and/or CSAM. Some of these specific findings are described below:

a. File (MD5 Hash) e8936d961867d3615cecbf5fb25332df – A still image depicting a white, prepubescent female child with a red tank top that reads "BAE WATCH." The child appears to be on her back with her legs drawn toward her body. The child's hand is placed over her naked vulva in such a way that she appears to be covering and/or stimulating her vulva.

    i. Metadata indicates this file was created/last accessed/last modified on September 23, 2026.

b. File (MD5 Hash) 8b045c78002c60e33710c4afd682fd35 – A still image depicting a white, prepubescent female child engaged in oral sex on what appears to be an adult male's penis. The child is positioned atop a pink bedspread in what appears to be a child's room based on the décor and has her mouth and hands around what appears to be an erect adult male's penis. The photo is watermarked with "LittleKiki."

i. Metadata indicates this file was created/last accessed/last modified on September 4, 2025.

c. File (MD5 Hash) a37a15fbf73f055eee9374f64b23f0a5 – A still image depicting a white, prepubescent female child in a bathroom with a pink bathmat. The child appears to be bent over the toilet such that her buttocks and vulva are visible to the camera. The image includes the text "best CP[6] type CUTESENDER in telegram general search, send any message."

i. Metadata indicates this file was created/last accessed/last modified on August 30, 2026.

d. File (MD5 Hash) 03c22ec6a7b7e5463f7af9c35572b7f6 – A still image depicting a white, pubescent female child on a bed with a red bedspread. The child is naked apart from jewelry and what appears to be white boots. The child's legs are spread such that her vulva and pubic hair are exposed. Based on her facial features and breast development, the child—though pubescent—appears to be under 18 years old.

i. Metadata indicates this file was created/last accessed/last modified on September 4, 2026.

e. File (MD5 Hash) 5a43e2f8b9cd78f263dcb00f48623a0f – a still image depicting two white, pubescent female children. The children are both naked and on a bed. The first child is leaning back with her legs spread while the second child sits between the legs of the first child, leaning back into the first child. The second child's legs are spread such that her vulva and pubic hair are exposed. The first

[6] Based on my training and experience, I understand "CP" in this context to mean "child pornography."

child's hands are touching the breasts of the second child. The images include the text "@secisland telegram." Based on their facial features and breast development, both children—though pubescent—appear to be under 18 years old.

i. Metadata indicates this file was created/last accessed/last modified on October 1, 2026, at 12:48 AM.[7]

29. Initial review also identified approximately 400 files that appear to depict child erotica, including the following:

a. Hundreds of images depicting nude, prepubescent female children engaged in outdoor activities such as swimming, running, or bathing.

b. Numerous images depicting nude, prepubescent female children engaged in suggestive poses while bathing.

c. A photo of a prepubescent female child on her hands and knees on a bed. The child is wearing a tank top and thong, and her buttocks is raised.

30. Initial review also identified numerous files that included animated and/or cartoon depictions of child erotica and/or CSAM. There were also a few images that may constitute computer-generated imagery (CGI) of CSAM but require further evaluation.

31. Initial review also found several digital artifacts connecting jaycoulby@gmail.com to the device.

## <u>CONCLUSION</u>

32. For the reasons set forth above, I submit that probable cause exists to believe that COULBY committed the offense of possession of child pornography involving prepubescent

[7] This was just a few hours prior to the execution of the search warrant, which occurred on October 1, 2026, at approximately 6:00 AM EST.

minors, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), on or about October 1, 2026. I respectfully request that a criminal complaint and arrest warrant be issued for COULBY.

Respectfully submitted,

Jacqueline W. Scott

Jacqueline Scott
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on October 07, 2026

Digitally signed by Ivan Davis
Date: 2026.10.07 15:25:49 -04'00'

The Honorable Ivan D. Davis
UNITED STATES MAGISTRATE JUDGE